UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LATORI COOPER AND BRENDA MORRIS** | **CIVIL ACTION NO.** |
| **VERSUS** | **SECTION " "** **JUDGE** |
| **JACK O'NEIL, HAMMOND PHYSICAL THERAPY, L.L.C. AND XYZ INSURANCE COMPANY** | **MAG. DIV (  )** **MAGISTRATE JUDGE** |

## NOTICE OF REMOVAL

TO:   A. Todd Caruso
      Todd Caruso, Attorney at Law, LLC
      1234 Del Este Ave., Suite 502
      Denham Springs, LA  70726

PLEASE TAKE NOTICE that, with a full reservation of rights and defenses, named Defendants, Jack O'Neill and Hammond Physical Therapy, L.L.C. (hereinafter collectively referred to as "Defendants"), both designated as Defendants in the proceeding entitled *Latori Cooper and Brenda Morris v. Jack O'Neil, Hammond Physical Therapy, L.L.C. and XYZ Insurance Company*, bearing number 2012-0001036, Division "A", currently pending on the docket of the 21st Judicial District Court for the Parish of Tangipahoa, State of Louisiana, hereby file in the United States District Court for the Eastern District of Louisiana, this Notice of Removal to effect the removal of this action to the United States District Court for the Eastern District of Louisiana in accordance with 28 U.S.C. §1441.

Copies of this Notice of Removal are herewith served upon you as counsel of record for Latori Cooper and Brenda Morris and a copy of said Notice of Removal is being filed with the Clerk of the aforesaid state court, in conformity with 28 U.S.C. §1446(d).

1

PD.6608809.1

Defendants respectfully represent that the grounds for removal are as follows:

I.

On or about March 29, 2012, a Petition for Damages ("Petition") was filed and is now pending in the 21st Judicial District Court for the Parish of Tangipahoa, bearing number 2012-0001036, Division "A," which is within the Eastern District of Louisiana. (A copy of Plaintiff's Petition and citations are attached and incorporated herein by reference as required by 28 U.S.C. §1446(a)).

II.

In their Petition, Plaintiffs assert alleged violations of and are seeking remedies under federal law, 29 U.S.C. § 201, *et. seq.*

III.

The Petition was first served on named Defendant, Jack O'Neill, on June 22, 2012 and on named Defendant, Hammond Physical Therapy, L.L.C., on June 25, 2012. Thirty days have not elapsed since Defendants were served with the Petition.

IV.

As required by 28 U.S.C. §1446(a), filed herewith are copies of all process and pleadings in the state court proceeding. Upon information and belief, no other pleadings have been filed in the state court action, other than those attached hereto.

V.

The above-described action is a civil action of which this Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331, in that Plaintiff asserts claims arising under federal law. Consequently, this action is removable to this Court pursuant to 28 U.S.C. § 1441.

V.

Promptly after notice of this removal is filed, written notice thereof will be given to all adverse parties and a copy of this Notice of Removal will be filed with the Clerk of the aforesaid state court to effect the removal of the civil action to this Honorable Court as provided by law.

WHEREFORE, named Defendants, Jack O'Neill and Hammond Physical Therapy, L.L.C., pray that this Notice of Removal be accepted as good and sufficient, that the aforesaid Petition be removed from state court to this Honorable Court for trial and determination as provided by law, and that this Court enter such orders and issue such process as may be proper to bring before it copies of all records and proceedings in said civil action from said state court and thereupon proceed with this civil action as if it had originally been commenced in this Court.

**MACALUSO & JORDAN**

BY: RON S. MACALUSO, T.A. (La. Bar No. 9616)
111 North Oak Street
P. O. Drawer 2828
Hammond, LA 70404
Telephone: (985) 345-5291
Email: rsm@macalusoandjordan.com

**And**

**PHELPS DUNBAR LLP**

BY: */s/ M. Nan Alessandra*
M. NAN ALESSANDRA (Bar #16783)
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email: alessann@phelps.com

**ATTORNEYS FOR DEFENDANTS, JACK O'NEIL AND HAMMOND PHYSICAL THERAPY, L.L.C.**

**CERTIFICATE OF SERVICE**

I do hereby certify that on this 19th day of July, 2012, I electronically filed the foregoing Notice of Removal with the Clerk of Court by using the CM/ECF system and have served counsel for Plaintiffs via facsimile and United States mail, properly addressed and postage prepaid.

                                             */s/ M. Nan Alessandra*

PD.6608809.1